UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

**SUNTRUST BANK,**

    **Plaintiff**,

v.

**JOHN H. RUIZ AND MAYRA C. RUIZ,**

    **Defendants.**

_____/

## COMPLAINT

Plaintiff SunTrust Bank (**SunTrust**) sues defendants John H. Ruiz and Mayra C. Ruiz and states as follows:

—**PARTIES**—

1.    SunTrust is a Georgia chartered bank with its principal place of business in Atlanta, Georgia.

2.    Defendants John H. Ruiz and Mayra C. Ruiz are over the age of 18, reside in and are citizens of Miami-Dade County Florida, and are otherwise *sui juris*.

—**JURISDICTION AND VENUE**—

3.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) inasmuch as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and the action is between citizens of different states.

4.    Venue is proper pursuant to 28 U.S.C. § 1391 because defendants Mr. and Mrs. Ruiz reside in Miami-Dade County, Florida and the promissory note giving rise to SunTrust's cause of action was executed by defendants in Miami-Dade County, Florida.

—**FACTUAL ALLEGATIONS**—

5.  Mr. and Mrs. Ruiz executed a promissory note (the **Note**) in the amount of $2,999,500.00 in favor of lender SunTrust Mortgage, Inc. on April 23, 2007. (**EXHIBIT A**.)

6.  John H. Ruiz and Mayra C. Ruiz also executed a mortgage (the **Mortgage**) in favor of Mortgage Electronic Registration Systems, Inc., as nominee for SunTrust Mortgage, Inc. on April 23, 2007 securing payment of the Note.  The Mortgage was recorded on June 11, 2007, in Official Records Book 25691, Page 805 of the Public Records of Miami-Dade County. (**EXHIBIT B**.)  The Mortgage was subsequently assigned to SunTrust, and the assignment of mortgage was recorded on October 27, 2011 in Official Records Book 27874, Page 2834 of the Public Records of Miami-Dade County. (**EXHIBIT C**.)

7.  SunTrust Mortgage, Inc. specially indorsed the note to SunTrust prior to the filing of this action.  SunTrust is the holder of the note and is entitled to enforce it.

8.  Mr. and Mrs. Ruiz breached the terms of the note by failing to make their May 1, 2011 payment and all subsequent payments.

## COUNT I – BREACH OF PROMISSORY NOTE

25.  SunTrust re-alleges paragraphs 1-8.

26.  SunTrust holds the Note and is entitled to enforce it.

27.  Mr. and Mrs. Ruiz materially breached the Note by failing to pay the installment due on May 1, 2011 and failing to pay all subsequent installments.

28.  SunTrust elects to accelerate payment of the Note, and declares the full amount payable under the Note due and owing, including attorney's fees and costs.

29.  All conditions precedent to the acceleration of the debt and the commencement of this action have been performed or have occurred.

30. Mr. and Mrs. Ruiz owe SunTrust $2,999,500.00 in principal, together with accrued interest from April 1, 2011 and other expenses as provided in the Note.

31. SunTrust has retained legal counsel in this action and is obligated to pay a reasonable fee for services in bringing this action as well as all costs of collection. SunTrust is contractually entitled to recover its attorneys' fees and litigation costs pursuant to the loan documents.

*Wherefore*, SunTrust prays as follows:

a. That this Court take jurisdiction of this cause, the subject matter, and the parties hereto.

b. That this Court ascertain and determine the sums of money due and payable to SunTrust from Mr. and Mrs. Ruiz, including without limitation principal, interest, advances, attorneys' fees, and costs pursuant to the Note.

c. That the Court enter judgment in favor of SunTrust and against Mr. and Mrs. Ruiz for damages owed as a result of Mr. and Mrs. Ruiz's breach of the Note's terms, together with attorney's fees, court costs, prejudgment and post-judgment interest.

d. That this Court grant SunTrust such further relief in this cause as it deems just and proper.

Respectfully submitted,

/s/ Eric Matthew
Jeffrey A. Trinz, Fla. Bar No. 0265683
Eric S. Matthew, Fla. Bar No. 0026539
Victor Petrescu, Fla. Bar No. 0085268
**AKERMAN LLP**
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
**Primary E-Mail:** jeffrey.trinz@akerman.com
**Secondary E-Mail:** elena.alzugaray@akerman.com
**Primary E-Mail:** eric.matthew@akerman.com
**Secondary E-Mail:** elena.alzugaray@akerman.com
**Primary E-Mail:** victor.petrescu@akerman.com
**Secondary E-Mail:** joyce.williams@akerman.com
305-374-5600 (ph)/305-374-5095 (fax)

and

William P. Heller, Fla. Bar No. 987263
**AKERMAN LLP**
Las Olas Centre II
350 East Las Olas Blvd.  Suite 1600
Fort Lauderdale, Florida 33301
**Primary E-Mail:** william.heller@akerman.com
**Secondary E-Mail:** lorraine.corsaro@akerman.com
954-759-8945 (ph)/954-463-2224 (fax)

*Counsel for SunTrust Bank*