```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.   : 14-21107-CIV-LENARD
                              JUDGE      : JOAN A. LENARD
                              TRIAL DATE: 03/23/15
```

SUNTRUST BANK

    Plaintiff(s),                MEDIATORS REPORT

vs.

JOHN H. RUIZ AND MAYRA C. RUIZ

    Defendant(s).

********************************

COMES NOW Orestes "Rusty" Perez, Esq., the undersigned certified Mediator from FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 09-17-2014 13:00.

\_\_\_\_    AN AGREEMENT WAS REACHED.

        \_\_\_\_ Mediation Agreement attached, with the parties consent.

\_\_\_\_    No Agreement was reached; Impasse.

**X**    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before **10 / 01 / 2014 /** this matter shall be considered at an Impasse.

\_\_\_\_    A Pre/Post-Mediation Settlement was reached, as per information received on \_\_\_/\_\_\_/\_\_\_, from _____.

\_\_\_\_    Other:_____

_____

                <u>s/Allene D. Nicholson</u>
                Florida Bar Number 201553
                Email Barbara@FloridaMediation.com
                FLORIDA MEDIATION GROUP - FMG# 0-96558
                44 W. Flagler St., Suite 1900
                Miami, FL. 33130
                305.579.9990

Copies on September 29, 2014 to:
Clerk of Court
Counsel of record
medrept.cm