UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21107-CIV-LENARD/GOODMAN

**SUNTRUST BANK**,

    Plaintiff,

v.

**JOHN H. RUIZ and MAYRA C. RUIZ**,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Final Judgment (D.E. 119). Defendants filed a Response (D.E. 120) to which Plaintiff filed a Reply (D.E. 128). Upon review of the Motion, Response, Reply, and record, it is **ORDERED AND ADJUDGED** that:

1. Final judgment is entered in favor of Plaintiff SunTrust Bank and against Defendants John H. Ruiz and Mayra C. Ruiz jointly and severally in the amount of $3,718,479.61, consisting of:

    a. $3,664,242.01 ($2,999,500.00 in unpaid principal, $624,271.03 in interest from April 1, 2011 to April 30, 2014, and $40,470.98 in interest from May 1, 2014 to October 28, 2014); and

  **b.** $54,237.60 (interest from October 29, 2014 through June 26, 2015, at $225.99 per diem),

which shall bear interest in accordance with 28 U.S.C. § 1961 from the date of the entry of this judgment, and for which sums let execution issue; and

**2.** The Court shall retain jurisdiction to determine the amount of attorneys' fees and costs, and for all matters related to enforcement of this judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of June, 2015.

            _____
            **JOAN A. LENARD**
            **UNITED STATES DISTRICT JUDGE**