UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-CIV-21107-LENARD

**SUNTRUST BANK,**

     **Plaintiff**,

v.

**JOHN H. RUIZ AND MAYRA C. RUIZ,**

     **Defendants.**

                                       /

## JOINT NOTICE OF SETTLEMENT

Plaintiff SunTrust Bank and Defendants John H. Ruiz and Mayra C. Ruiz have reached a settlement agreement. Based on the settlement agreement, the parties respectfully request all discovery, filing requirements and deadlines be stayed until December 23, 2016. At such time, the parties will either file a joint stipulation of dismissal or a motion for entry of consent judgment pursuant to the terms of the settlement agreement. The parties respectfully request the Court retain jurisdiction to enforce the terms of the settlement agreement throughout this time and subsequent to December 23, 2016 should the need arise. The effectiveness of this notice of settlement is conditioned on the Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendants has authorized him to affix her electronic signature to this Joint Notice of Settlement.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **LAW OFFICES LA LEY CON JOHN H. RUIZ, P.A.**<br>Attorney for defendants<br>5000 SW 75th Avenue, Suite 400<br>Miami, FL 33155<br>Phone: (305) 614-2236<br>Fax: (866) 582-0907<br><br>By: /s/ Christine M. Lugo<br>    Christine M. Lugo<br>    Florida Bar No. 109515<br>    clugo@msprecovery.com<br>    Frank C. Quesada<br>    Florida Bar No. 29411<br>    fquesada@msprecovery.com | **AKERMAN LLP**<br>Attorneys for plaintiff<br>98 Southeast 7th Street, Suite 1100<br>Miami, Florida 33131<br>Phone: (305) 374-5600<br>Fax: (305) 374-5095<br><br>By: /s/ Eric S. Matthew<br>    William P. Heller<br>    Florida Bar No. 987263<br>    william.heller@akerman.com<br>    Jeffrey A. Trinz<br>    Florida Bar No. 0265683<br>    jeffrey.trinz@akerman.com<br>    Eric S. Matthew<br>    Florida Bar No. 0026539<br>    eric.matthew@akerman.com<br>    Marissa X. Kaliman<br>    Florida Bar No. 0100532<br>    marissa.kaliman@akerman.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2016 this document was e-filed via CM/ECF and served on Christine M. Lugo, Esq., La Ley Con John H. Ruiz, P.A., 5000 SW 75th Avenue, Suite 400, Miami, FL 33155 [E-mail: clugo@lawofficeslaley.com, serve@lawofficeslaley.com] in compliance with Local Rule 7.3.

/s/ Eric S. Matthew
Eric S. Matthew