# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 14-CIV-21107-LENARD

**SUNTRUST BANK,**

    **Plaintiff**,

**v.**

**JOHN H. RUIZ AND MAYRA C. RUIZ,**

    **Defendants.**

_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a dismissal *with* prejudice of this action with each party to bear their own attorney's fees and costs. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendants has authorized him to affix her electronic signature to this Joint Stipulation for Final Order of Dismissal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **LAW OFFICES LA LEY CON JOHN H. RUIZ, P.A.**<br>Attorney for defendants<br>5000 SW 75th Avenue, Suite 400<br>Miami, FL 33155<br>Phone: (305) 614-2236<br>Fax: (866) 582-0907<br><br>By: /s/ Christine M. Lugo<br>   Christine M. Lugo<br>   Florida Bar No. 109515<br>   clugo@msprecovery.com<br>   Frank C. Quesada<br>   Florida Bar No. 29411<br>   fquesada@msprecovery.com | **AKERMAN LLP**<br>Attorneys for plaintiff<br>98 Southeast 7th Street, Suite 1100<br>Miami, Florida 33131<br>Phone: (305) 374-5600<br>Fax: (305) 374-5095<br><br>By: /s/ Eric S. Matthew<br>   William P. Heller<br>   Florida Bar No. 987263<br>   william.heller@akerman.com<br>   Jeffrey A. Trinz<br>   Florida Bar No. 0265683<br>   jeffrey.trinz@akerman.com<br>   Eric S. Matthew<br>   Florida Bar No. 0026539<br>   eric.matthew@akerman.com<br>   Marissa X. Kaliman<br>   Florida Bar No. 0100532<br>   marissa.kaliman@akerman.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2016 this document was e-filed via CM/ECF and served on Christine M. Lugo, Esq., La Ley Con John H. Ruiz, P.A., 5000 SW 75th Avenue, Suite 400, Miami, FL 33155 [E-mail: clugo@lawofficeslaley.com, serve@lawofficeslaley.com] in compliance with Local Rule 7.3.

/s/ Eric S. Matthew
Eric S. Matthew